## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ADVANCED OPTICAL TRACKING, LLC          )
                                         )
      Plaintiff,                         )        C.A. No. 12-cv-1291 (LPS)
                                         )
      v.                                 )
                                         )        JURY TRIAL DEMANDED
MAM-A, INC.,                             )
                                         )
      Defendant.                         )

### STIPULATION AND ORDER FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

      Plaintiff and Defendant, subject to the Court's approval, hereby agree that Defendant shall have until December 3, 2012 to answer, move or otherwise respond to the Complaint.

STAMOULIS & WEINBLATT LLC                FARNAN LLP

By:/s/ Richard C. Weinblatt             By:/s/ Brian E. Farnan
Stamatios Stamoulis (Bar No. 4606)      Brian E. Farnan (Bar No. 4089)
Richard C. Weinblatt (Bar No. 5080)     Michael J. Farnan (Bar No. 5165)
Two Fox Point Centre                    919 N. Market Street, 12th Floor
6 Denny Road, Suite 307                 Wilmington, DE 19801
Wilmington, Delaware 19809              (302) 777-0300
(302) 999-1540                          bfarnan@farnanlaw.com
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Plaintiff*                   *Counsel for Defendant*

DATED:  November 6, 2012

      SO ORDERED THIS _____ day of November, 2012.

_____
The Honorable Leonard P. Stark